# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

RON RAFAEL PRICE,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No. 5D22-905
LT Case No. 89-10102-CF-A
             89-16268-CF-A
             89-16794-CF-A
             90-20372-CF-A
             91-13277-CF-A

Decision filed October 4, 2022

3.800 Appeal from the Circuit Court
for Brevard County,
Lisa Davidson, Judge.

Daniel Tibbitt, of Daniel J. Tibbitt P.A.,
North Miami, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.